

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AARON LAMBERT
_____

(Name of plaintiff or plaintiffs)

v.                                     CIVIL ACTION NO._____

HMS INCORPORATED (THE SALON PROFESSIONAL'S)
ERICA SMITH
_____

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __AARON LAMBERT_____
(name of plaintiff)

is a citizen of the United States and resides at __1437 CENTRAL AVE, APT 1111__
(street address)

__MEMPHIS__        __U.S.A.__        __TENNESSEE__
(city)             (country)         (state)

__38104__                              __901-654-7418__
(zip code)                             (telephone number)

3. Defendant **HMS INCORPORATED (THE SALON AT MACY'S)**
(defendant's name)
lives at, or its business is located at **4545 POPLAR AVE**
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at
**4545 POPLAR AVE**
(street address)

| **MEMPHIS** | **U.S.A.** | **TENNESSEE** | **38117** |
|---|---|---|---|
| (city) | (country) | (state) | (zip code) |

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **THE 23RD   OF   APRIL     2012**
       (day)        (month)        (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.
       (day)        (month)        (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **THE 26TH  OF   APRIL      2012**
       (day)        (month)        (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue. which was received by plaintiff on **26   JULY   2012**. (Attach a copy of the notice to
                                                  (day) (month) (year)
this complaint.)

9. Because of plaintiff's  (1) ___ race. (2) ___ color. (3) **X** sex. (4) ___ religion. (5) ___ national origin. defendant

   (a) **X** failed to employ plaintiff.

   (b) ___ terminated plaintiff's employment.

   (c) ___ failed to promote plaintiff.

   (d) **X  FAILED TO ISSUE AN APPLICATION OF EMPLOYMENT**

10. The circumstances under which defendant discriminated against plaintiff were as follows: THE DEFENDANT NOT ONLY DENIED THE PLAINTIFF AN APPLICATION FOR CONSIDERATION, BUT SHE ALSO STATED VERBATIM "I NEED A GIRL IN COLLEGE WITH EXPERIENCE IN AFTER", WHICH IS A DIRECT VIOLATION OF MY RIGHT AS AN INTERESTED APPLICANT TO RECEIVE AN APPLICATION TO BE A RECEPTIONIST AS WELL AS THE TITLE VII OF THE CIVIL RIGHTS ACT OF 1964. DURING MEDIATION WITH THE EEOC, THE MANAGER OF HMS, ERICA SMITH, SLANDERED MY NAME IN FRONT OF THE MEDIATOR AS WELL AS MY ATTORNEY.

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ____ are no longer being committed by defendant.

   (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) __X__ Defendant be directed to **compensate plaintiff for discrimination on the basis of sex, pain and suffering, and mental anguish**

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes ( ) No X

_A. Hamlett_
SIGNATURE OF PLAINTIFF